**FILED**
**JANUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Pamela Pellack, Plaintiff<br>v.<br>Wyeth Pharmaceuticals, Inc., Defendant | **08 C 135**<br>**JUDGE LEFKOW**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wyeth Pharmaceuticals, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Erik W. Snapp | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Erik W. Snapp | |
| FIRM<br>Winston & Strawn LLP | |
| STREET ADDRESS<br>35 W. Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6236596 | TELEPHONE NUMBER<br>312-558-6106 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐