FILED
JANUARY 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA PELLACK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. _____ |
| WYETH PHARMACEUTICALS, INC., a corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**08 C 135**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COX**

## LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT
## WYETH PHARMACEUTICALS INC.

Defendant Wyeth Pharmaceuticals Inc., by and through its attorneys, having filed a Notice of Removal in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Wyeth Pharmaceuticals Inc. is an indirectly held, wholly owned subsidiary of Wyeth. One hundred percent (100%) of the stock of Wyeth Pharmaceuticals Inc. is indirectly owned by Wyeth.

Dated this 7th day of January, 2008.

Respectfully Submitted,

**Wyeth Pharmaceuticals, Inc.**

By: /s/ Erik W. Snapp_____
Dan K. Webb, Esq.
Erik W. Snapp. Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Counsel for Defendant Wyeth
Pharmaceuticals Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served **LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT WYETH PHARMACEUTICALS INC.** upon the attorneys listed below via U.S. mail and CM/ECF electronic notification.

James T. Farnan
FARNAN & CAHILL
810 Arlington Avenue
LaGrange, IL 60525
(708) 579-9350

/s/ Erik W. Snapp
Dan K. Webb, Esq.
Erik W. Snapp, Esq.
Steven J. Winger, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

Counsel for Defendant Wyeth Pharmaceuticals Inc.