IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA PELLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No:08 C 135 |
| WYETH PHARMACEUTICALS INC., a ) | |
| corporation, ) | Honorable Joan Humphrey Lefkow |
| ) | |
| Defendant. ) | Magistrate Judge Susan E. Cox |

**DEFENDANT'S' MOTION
FOR EXTENSION OF TIME TO ANSWER**

Defendant Wyeth Pharmaceuticals Inc. ("Wyeth") hereby moves for an extension of time to answer or otherwise respond to the complaint.

1. This case is one of several thousand lawsuits involving the hormone replacement therapy drugs Prempro and Premarin. The Judicial Panel on Multidistrict Litigation has consolidated the federal cases in the Eastern District of Arkansas in order to serve the convenience of the parties and witnesses, promote judicial efficiency and economy, and limit the possibility of inconsistent rulings and judgments.

2. Wyeth has designated this case as a "tag along" matter and anticipates that in short order it will be consolidated with the other cases pending with *In re Prempro Prods. Liability Litig.*, MDL Docket No. 4:03CV1507 WRW.

3. Wyeth's attorneys have attempted to contact Plaintiff's counsel to determine whether Plaintiff will consent to this Motion. Although Wyeth's attorneys have left

several messages with Plaintiff's counsel, they have not yet spoken with Plaintiff's counsel about this issue. Wyeth will continue to seek the Plaintiff's consent to this Motion, and will promptly notify the Court if Plaintiff's consent is obtained

WHEREFORE, Wyeth hereby moves for an extension of time to answer or otherwise respond to the complaint until the case is transferred to the MDL in the Eastern District of Arkansas.

Respectfully submitted,

 /s/ Erik W. Snapp
Dan K. Webb, Esq.
Erik W. Snapp, Esq.
Steven J. Winger, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
esnapp@winston.com

Attorneys for Defendant Wyeth Pharmaceuticals Inc.

Dated: January 10, 2008

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER** was served upon the attorney listed below via U.S. mail.

James T. Farnan
FARNAN & CAHILL
810 Arlington Avenue
LaGrange, IL 60525
(708) 579-9350

                  /s/ Erik W. Snapp

                  Dan K. Webb, Esq.
                  Erik W. Snapp, Esq.
                  Steven J. Winger, Esq.
                  WINSTON & STRAWN LLP
                  35 West Wacker Drive
                  Chicago, IL 60601
                  esnapp@winston.com

                  Counsel for Defendant Wyeth
                  Pharmaceuticals Inc.