**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAMELA PELLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No:08 C 135 |
| WYETH PHARMACEUTICALS INC., a corporation, | ) | |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| Defendant. | ) | Magistrate Judge Susan E. Cox |
| | ) | |

**NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER**

James T. Farnan
FARNAN & CAHILL
810 Arlington Avenue
LaGrange, IL 60525

PLEASE TAKE NOTICE that on Tuesday, January 15, 2008, at 9:30 a.m., one of the attorneys for Defendant Wyeth Pharmaceuticals Inc. shall appear before the Honorable Joan Humphrey Lefkow in Courtroom 1925 of the Dirksen Federal Building, located at 219 S. Dearborn Street, Chicago, IL 60604, and then present Defendants' Motion for Extension of Time to Answer.

Respectfully submitted,

 /s/ Erik W. Snapp

Dan K. Webb, Esq.
Erik W. Snapp, Esq.
Steven J. Winger, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
esnapp@winston.com

Attorneys for Defendant Wyeth
Pharmaceuticals Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **DEFENDANT'S NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER** was served upon the attorney listed below via U.S. mail.

James T. Farnan
FARNAN & CAHILL
810 Arlington Avenue
LaGrange, IL 60525
(708) 579-9350

   /s/ Erik W. Snapp

Dan K. Webb, Esq.
Erik W. Snapp, Esq.
Steven J. Winger, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
esnapp@winston.com

Counsel for Defendant Wyeth Pharmaceuticals Inc.