UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
ROOM A149
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK
CLERK

501-604-5351
FAX 501-604-5321

February 25, 2008

Mr. Michael W. Dobbins
U. S. District Court Clerk
Northern District of Illinois
219 S. Dearborn Street, Room 2050
Chicago, Illinois 60604

FILED
3-3-2008
MAR 3 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:   MDL No. 1507 - In re Prempro Products Liability Litigation
      E.D. AR Master Case Number 4:03CV01507 WRW
      Pamela M. Pellack v. Wyeth Pharmaceuticals, Inc. - Your Case No. 1:08-135

Dear Mr. Dobbins:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on February 20, 2008. Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas. It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

Please submit your data and documents for the above mentioned case to the Eastern District of Arkansas using the "extract civil case" feature of CM/ECF. If you have any questions, do not hesitate to contact Tammy Downs (501-604-5357) or Dale Souza (501-604-5347) of our office.

Sincerely,

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:   Hon. William R. Wilson, Jr.



**A CERTIFIED TRUE COPY**
FEB 1 3 2008
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 0 2008

JAMES W. McCORMACK, CLERK
By: _____ D.P. CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-127)**

4:03 CV 01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,321 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

## SCHEDULE CTO-127 - TAG-ALONG ACTIONS

DIST. DIV. C.A. #    CASE CAPTION

IOWA SOUTHERN
  IAS  4  08-10       Darlene Illingsworth, et al. v. Wyeth, Inc., et al.

ILLINOIS NORTHERN
  ILN  1  08-135      Pamela M. Pellack v. Wyeth Pharmaceuticals, Inc.

MINNESOTA
  MN  0  07-4241      Patty Payne v. Wyeth, et al.
  MN  0  07-4950      Retta A. Hall v. Wyeth, et al.
  MN  0  07-4951      Shirley Wilkerson v. Wyeth, et al.
  MN  0  07-4958      William R. Mink, etc. v. Wyeth, Inc., et al.
  MN  0  08-43        Berthe Carp, et al. v. Novo Nordisk, Inc.

MISSISSIPPI NORTHERN
  MSN  3  05-51       LaWanda Chandler v. Wyeth, Inc., et al.