

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                                  **OFFICE OF THE CLERK**
Clerk                                                                                                    (312) 435-5691

March 5, 2008

RE: Pellack v. Wyeth Pharmaceuticals, Inc
MDL No.1507
USDC Case No.08cv135

Dear Clerk:

Enclosed is the electronic record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 02/13/08. Enclosed is the electronic record, certified copy of the MDL transfer order and docket sheet, with transmittal letter.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. **All documents filed prior to electronic filing are included in this transfer package.** (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                                           Sincerely yours,

                                           Michael W. Dobbins, Clerk

                                           Krysten Coppoletta

                                           Deputy Clerk

Enc.

New Case No. _____        Date _____