

08cv135

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *N.D. Edgerson*   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>A.D. EDGERSON  3-11-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF ARKANSAS<br>600 WEST CAPITOL AVENUE, RM A149<br>LITTLE ROCK, ARKANSAS 72201 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7006 0100 0001 7312 8046 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**

MAR 1 4 2008  YM
Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT